UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

------------------------------------------------------------------------x

CHARLENE ARNOLD, individually and on behalf of all others similarly situated,

Civil Action No:
6:20-ccv-00013

Plaintiff,

-v.-

Medical Data Systems, Inc. aka Medical Revenue Service
AND JOHN DOES 1-25.

Defendants.

------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 7th day of July, 2020

*/s/Aryeh E. Stein*
Aryeh E. Stein, Esq.
**Meridian Law, LLC**
600 Reisterstown Road Suite 700
Baltimore, MD 21208
Phone: 443-326-6011
astein@meridianlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 7, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aryeh E. Stein*
Aryeh E. Stein, Esq.