CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/16/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CHARLENE ARNOLD, individually and on behalf of all others similarly situated, *Plaintiff*, v. MEDICAL DATA SYSTEMS, INC., a/k/a MEDICAL REVENUE SERVICE, *et al.*, *Defendants*. | Case No.: 6:20-cv-00013-NKM  ORDER  JUDGE NORMAN K. MOON |

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal, filed this day. Dkt. 16. For the reasons set forth therein and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been and hereby is **DISMISSED** with prejudice, with no award of costs or fees to any party. The Clerk of Court is directed to terminate this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this  16th  day of September, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE